No. 411. El Pueblo *v.* Ongay.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en marzo 25, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Miguel Guerra.* Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

No. 430. El Pueblo *v.* Muñiz, Hijo.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en marzo 26, 1912. Desistida la apelación a instancia del apelante. Abogado del apelante: *Sr. Angel A. Vázquez.* Abogado de El Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 431. El Pueblo *v.* Cardona.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en marzo 28, 1912. Desistida la apelación a instancia del apelante. Abogado del apelante: *Sr. Enrique Blanes.* Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

No. 418. El Pueblo *v.* Capella et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en marzo 28, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Cayetano Coll y Cuchí.* Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

No. 421. El Pueblo *v.* Lastra.—Apelación procedente de la Corte de Distrito de Guayama. Resuelto en marzo 28, 1912. Confirmada la sentencia apelada. Abogado del ape-